```
McGREGOR W. SCOTT
United States Attorney
JONATHAN B. CONKLIN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California  93721
Telephone:  (559) 498-7272
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MG-F-97-2121 |
| | ) | |
| Plaintiff, | ) | MOTION AND ORDER FOR DISMISSAL |
| | ) | OF COMPLAINT |
| v. | ) | |
| | ) | |
| MUZAFFAR SHAH AHMAD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney's Office hereby moves to dismiss the Complaint for Unlawful Flight to Avoid Prosecution herein against Muzaffar Shah Ahmad, in that defendant has been apprehended.

DATED: July __, 2005                              Respectfully submitted,

                                                  McGREGOR W. SCOTT
                                                  United States Attorney

                                                  By /s/ Jonathan B. Conklin
                                                     JONATHAN B. CONKLIN
                                                     Assistant U.S. Attorney

IT IS HEREBY ORDERED that the Complaint in the above-entitled case be dismissed and that the warrant issued be recalled.

IT IS SO ORDERED.

**Dated:   July 22, 2005**                        **/s/ Lawrence J. O'Neill**
b9ed48                                            UNITED STATES MAGISTRATE JUDGE

1